```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

SUMMERCHASE CONDOMINIUM          *
OWNERS ASSOCIATION, INC.,        *
                                 *
    Plaintiff,                   *
                                 *
vs.                              *   CIVIL ACTION NO. 22-00431-B
                                 *
WESTCHESTER SURPLUS LINES        *
INSURANCE COMPANY,               *
                                 *
    Defendant.                   *

## ORDER

This action is before the Court on the parties' Joint Notice of Settlement (Doc. 10). Upon consideration, it is **ORDERED, ADJUDGED, and DECREED** that all claims in this case are hereby **DISMISSED with prejudice**. Any party may move for reinstatement within the next thirty (30) days should settlement not be consummated. Each party is to bear its own costs.

ORDERED this **20th** day of **January, 2023.**

                                                                           /s/ SONJA F. BIVINS_____
                                                                           **UNITED STATES MAGISTRATE JUDGE**